PROB 34
03/06
**AMENDED** Report and Order Terminating Supervised Release

# United States District Court
## For The
### Northern District of Iowa

UNITED STATES OF AMERICA

v.

JOHN PHELPS                         Case No.    CR 02-4013-1-MWB

The above named has complied with the conditions of supervision imposed by the Court and the Term of Supervised Release expired on March 3, 2014. It is therefore recommended that the defendant be discharged from supervision and the proceedings in the case be terminated.

Approved:                                       Respectfully submitted,

*/s/ Richard J. Niles*                          */s/ Christopher Hopper*

Richard J. Niles                                Christopher Hopper
Supervising U.S. Probation Officer              Sr. U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 4th day of March, 2014.

*/s/ Mark W. Bennett*

Mark W. Bennett
U.S. District Judge